Robert K. Reiman, Esq.
LAW OFFICE OF ROBERT K. REIMAN
P.O. Box 201271
Anchorage, AK 99520
(907)748-1132
email: reiman@gci.net
Alaska Bar No. 8310145

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARIANA MORENO and MARISA WELLINGTON,

Plaintiffs,

v.

NewRez, LLC, d/b/a SHELLPOINT MORTGAGE SERVICING,

Defendant.

Case No. 3:21-cv-00103-JMK

**MOTION TO EXTEND DEADLINES**

This Court has granted several prior extensions of discovery deadlines. As stated in prior Declaration of Counsel, filed on June 5, 2023, counsel for Plaintiff has had to be absent from the state for several extended periods since last October due to a family medical situation with his mother. This situation was largely resolved by early April when he last returned to the state, but counsel has had a large backlog of work to clear and has had numerous issues continue to arise for his clients that required his attention. Additionally, counsel understands from her sister that Plaintiff Moreno recently had heart issues and had to have a pacemaker installed about 2 weeks ago, which explained my recent inability to contact her and which meant she has been unavailable to assist in

her case or attend depositions.

While counsel understands that the Court no doubt views this case as having remained on the docket for too long, he requests the Court bear with him and the parties, and grant a further continuance of the discovery deadlines for 60 days in this case. To the extent that the Defendant claims to have been so severely prejudiced by a delay in discovery responses such that they are requesting a termination of the case, that prejudice can be mitigated by this requested extension of the discovery deadline.

Therefore, Plaintiff's, through counsel, respectfully requests this Court extend the discovery and related deadlines for an additional 60 days.

RESPECTFULLY SUBMITTED this 16th day of June, 2023.

LAW OFFICES OF ROBERT K. REIMAN
Counsel for Plaintiffs

By: Robert K Reiman
Robert K. Reiman
Alaska Bar No. 8310145